# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHANTHAN CHINTALA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-5237 |
| | ) | |
| GENERAL DYNAMICS MISSION SYSTEMS, INC., d/b/a/ General Dynamics OTS-(Aerospace) Inc., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT GENERAL DYNAMICS MISSION SYSTEMS, INC.'S NOTICE OF SETTLEMENT IN PRINCIPLE

Defendant, General Dynamics Mission Systems, Inc. ("General Dynamics"), by counsel, hereby notifies the Court that Plaintiff Shanthan Chintala ("Plaintiff") and General Dynamics have reached an agreement in principle to settle this case. The Parties are working diligently to memorialize the terms of their settlement agreement and anticipate filing a stipulation of dismissal with prejudice in short order.

Respectfully submitted this 4th day of May, 2021.

> By: */s/ Edward A. Bedard*
> Zachary A. McEntyre (Ga. Bar 653571)
> Edward A. Bedard (Ga. Bar 926148)
> **KING & SPALDING LLP**
> 1180 Peachtree Street, N.E.
> Atlanta, Georgia  30309-3521
> Telephone:  (404) 572-4600

Fax: (404) 572-5100
zmcentyre@kslaw.com
ebedard@kslaw.com

*Counsel for Defendant General Dynamics Mission Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record.

This 4th day of May, 2021.

                                           */s/ Edward A. Bedard*
                                           Edward A. Bedard
                                           Georgia Bar No. 926148

                                           *Counsel for Defendant General*
                                           *Dynamics Mission Systems, Inc.*