IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANTHAN CHINTALA, | : | |
| Plaintiff, | : | |
| v. | : | |
| GENERAL DYNAMICS MISSION SYSTEMS, INC., | : | CIVIL ACTION NO. 1:20-cv-5237-AT |
| Defendant. | : | |

# **ORDER**

The parties have advised the Court that they have reached a settlement in this matter and formal documentation will soon be completed [Doc. 14].

**IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next sixty (60) days, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

**SO ORDERED** this 4th day of May, 2021.

_____
**Amy Totenberg**
**United States District Judge**