1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Shanthan Chintala,<br><br>Plaintiff,<br><br>v.<br><br>General Dynamics Mission Systems, Inc., d/b/a General Dynamics OTS-(Aerospace) Inc.,<br><br>Defendant. | CASE NO. 1:20-cv-05237-AT |

///
///
///
///
///
///
///
///
///
///
///

STIPULATION OF DISMISSAL

1

## <u>STIPULATION OF DISMISSAL</u>

2

3    PLEASE TAKE NOTICE that Plaintiff and General Dynamics Mission

4    Systems, Inc., d/b/a General Dynamics OTS-(Aerospace) Inc. ("GDMS") hereby

5    stipulate to dismiss Defendant GDMS from this action, with prejudice, with each

     party to bear their own attorney's fees and costs

6

7    Respectfully submitted this 1st day of July 2021.

8

9

10                                              **Kazerouni Law Group**

11

12                                              <u>/s/*Ryan L. McBride*</u>

13                                              Ryan L. McBride, Esq.

14                                              Counsel for Plaintiff

15

16                                              **King & Spalding**

17

18                                              <u>/s/*Edward A. Bedard*</u>

19                                              Edward A. Bedard, Esq.

20                                              Counsel for Defendant General Dynamics
                                                Mission   Systems,   Inc.,   d/b/a   General
21                                              Dynamics OTS-(Aerospace) Inc.

22

23

24

25

26

27

28

S TIPULATION OF D ISMISSAL